UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA A. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-01559 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 8/2/2016 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| GOVERNMENT OF THE ) | |
| DISTRICT OF COLUMBIA, et al ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed with prejudice.

Plaintiff is a former employee of the District of Columbia Public Schools. She demands all "monies, benefits, privileges and all other rights" owed to her pursuant to a settlement agreement reached in 1986. Compl. at 2. Based on the complaint and its attachments, however, it appears that plaintiff was represented by counsel in a prior employment discrimination case, that the case was tried in November 1986, that the trial was suspended when the parties reached a settlement agreement, that the settlement agreement was vacated by the court at plaintiff's insistence, and that, ultimately, a judgment was entered in the District of Columbia's favor. Because there has been a prior judgment on the merits of plaintiff's employment discrimination claims, she cannot relitigate the same claim. *See I.A.M. Nat'l Pension Fund v. Indus. Gear Mfg. Co.*, 723 F.2d 944, 949 (D.C. Cir. 1983) (noting that *res judicata* "forecloses all that which might have been litigated previously"); *Natural Res. Def. Council, Inc. v. Thomas*, 838 F.2d 1224, 1252 (D.C. Cir. 1988).

The Court concludes that the complaint fails to state a claim upon which relief can be granted. Therefore, the Court will dismiss the complaint in its entirety. An Order is issued separately.

DATE: 8/1/16

_____
United States District Judge